UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
  LAURA L. GOLDMAN

CASE NO. 06 B 07319

CHAPTER 13

JUDGE: BRUCE W BLACK

    Debtor  
SSN XXX-XX-7533

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/21/06 and confirmed on 08/16/06.

2. The case was dismissed after confirmation, 08/24/2007.

3. The Debtor paid a total of $ 2434.05 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| GMAC MORTGAGE CORP | MORTGAGE ARRE | .00 | .00 | .00 |
| GMAC MORTGAGE CORP | SECURED | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 343.25 | .00 | .00 |
| PRONGER SMITH CLINIC | UNSECURED | 560.00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2522.18 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 190.74 | .00 | .00 |
| LEDGER PLUS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1796.60 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1426.80 | .00 | .00 |
| JOHN C DENT | REIMBURSEMENT | 344.50 | .00 | 344.50 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 344.50 | 6839.57 | .00 | 7184.07 |
| PRINCIPAL PAID | .00 | 344.50 | .00 | .00 | 344.50 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 344.50 | .00 | .00 | 344.50 |

The Debtor's attorney, JOHN C DENT               , was allowed $   3000.00 and was paid $   1998.70 .

The Trustee received $     90.85 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/15/07                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE